Re: [illegible]
Pleasant Valley State Prison
P.O. Box 8504 - D-4-112
Coalinga, California
93210-8504
Plaintiff In Pro Se

Feb. 1, 08

Case No. C 07 03161 JSW

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the Honorable Clerk,
Northern District of California

Sir/Madam,

I am writing to up-date there current record for you, since I've been granted my Motion for leave to file my First Amended Complaint.

I have compleated the Amended Complaint, and as well drafted all of the Summons, neccessary for each defendant.

I will as well, submit my compleated Request for an Appointment of Counsel Motion, as was suggested by your letter to me.

I have also compleated a First Request for Production of Documents, which at the time I send all of the Motions above, I'll include it as well.

Here's my truthful dilemma at hand. I am in administrative segregation. It is very, very hard to accomplish exact, fruitful research, and as well get appropriate materials; IE; case citations in quanity, rules of civil procedure, documents that are the proper venue for 1983 Civil Rights Cases, current and updated.

As it is, all the motion work done, research, and developement was done by another inmate assisting me.

I am by no means, a learned person of law, or its workings. On Jan. 30, 08, I sent to a family member one copy of all mentioned above, so I could have all that is required by this court to file. Twelve Copies, because theres (9) nine defendants, (2) for you, (1) for the Attorney General. One set for my records and one for the inmate who marshalled my issues.

Heres my questions of you, because I cannot get the answers here in ad-seg. I've tried several times, to no avail.

1) Do I send you all I mentioned, the Amended Complaint, the accompanied Summons, the requests for appt. of counsel, and request for Production of Documents, all in total, w/ proof of service for all.

   A) All 12 sets, compleat.
   B) 3 sets, 2 for you 1 for the judge
   C) All 12 sets, with addressed Summons for the defendants so your office disseminates all to the defendants.

2) Am I stepping out of bounds with you, by these questions, and if so, please explain my avenues for answers to the questions above.

3) I am indigent, and a Pro Se litigant, but like I said, I did nothing except produce the necessary documentation for the Complaint and attempts to procure representation Pro Bono. To no avail.

   A) I am hoping when you received my papers, as you tell me to, in answer to all above, you have the time to really get into the body of the Complaint, so you can see, standing, causation and merits survive the requirements.

   B) I say this because if I get seperated from the inmate whom assisted me, and Summery Judgement is granted to Defendants, or certain defendants are stricken for cause, I'll not have a clue on where to start.

   C) If I do surpass, and move on to the next step, as well, I'd be lost. I have tried all possible avenues within the dept. of corrections to fix this, and it didn't happen. This court is my only hope for my Safety and Health, as they

are seriously in danger, as I write this. I cannot for the life of me, "thank you enough," for the time and consideration you've already been granting me by reading this.

I sincerely, hope and pray you understand my dilemma and understand as well, I give full honor and respect to you and this court.

Thank You Again!

Sincerly,

2-1-08

Michael Madsen
Pro Se Plaintiff

2/3/08

K. Michael Madsen D-25433
Pleasant Valley State Prison
P.O. Box 8504 - D-4-112
Coalinga, California
93210-8504

BAKERSFIELD CA 933
MOJAVE CA
04 FEB 2008 PM 3 T

THIS MAIL ORIGINATED FROM
PLEASANT VALLEY STATE PRISON

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102

LEGAL MAIL