Michael Madsen 'O-15433
Pleasent Valley State Prison
P.O. Box 8504. 'D-4-112
Coalinga, California
93210-8504
Plaintiff In Pro Se

RECEIVED
FEB 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. CV07-03161 JSW

Honorable District Court Clerk,                Nov. 14. 08

    I am the plaintiff in the above case number. I have, as stated before, compleated my first amended complaint, granted by this honorable court. In reading the handbook for litigants without a lawyer. And because I am as well, filed in forma paupas, I cannot send to this court the required postage $4.30 for a copy of the "Local Rules." I need a copy before officially filing my first amended Complaint, Request for Appointment of Counsil, Request for production of documents, and as well all the Summons to accompany.

\# 1) I need a copy of the "Local Rules."
  2) I need the "Standing Orders" of my Honorable Judge for his courtroom.
  3) I need to obtain several copies of the "Civil Cover-Sheet" as is required.

    Thank You for your time and consideration

Sincerely,

Michael Madsen

Dated    2-13-08

Re: Case No. CV07-03161 JSW

PLEASANT VALLEY STATE PRISON
P.O. BOX 8504 - D-4-112
COALINGA, CA. 93210

NAME: Michael Madsen
NUMBER: D-15433
HOUSNG: D-4-112

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

Confidential Legal Mail

**STATE PRISON
GENERATED MAIL**

United States District Court
for the Northern District of California
Clerk Office
450 Golden Gate Ave., 16th Floor
San Francisco, California
94102