1  MICHAEL MADSEN D-15433
2  P.V.S.P.  D-4-112
3  P.O. BOX 8504
4  COALINGA, CALIFORNIA
   93210 - 8504
5  PLAINTIFF IN PRO SE


FILED
MAR 31 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10  MICHAEL MADSEN
11  PLAINTIFF IN PRO SE
         VS.
12  DR PETER SZEKRENYI (C.M.D.)
13  CHIEF MEDICAL DIRECTOR (C.D.C. & R.)
    DR. CHARLES LEE (C.M.O)
14  CHIEF MEDICAL OFFICER (S.V.S.P.)
15  JOHN OR JANE DOE(S) (S.R.N.)(S.V.S.P.)
    SENIOR REGESTERED NURSE
16  M.T.A. POWERS (S.V.S.P.) (2ND. WATCH)
    ADMINISTRATIVE SEGRAGATION
17  M.T.A. JOHN OR JANE DOE(S) (3RD. WATCH)
18  ADMINISTRATIVE SEGRAGATION (S.V.S.P.)
    JOHN OR JANE DOE(S) (SERGENTS)
19  (2ND. AND 3RD. WATCH) (S.V.S.P.)
20  ADMINISTRATIVE SEGRAGATION
    JOHN OR JANE DOE(S) (CORR. OFFICERS)
21  (2ND. AND 3RD. WATCH) (S.V.S.P.)
22  ADMINISTRATIVE SEGRAGATION
    DEFENDANTS
23

CASE NO. CV07-03161 JSW

EX PARTE MOTION
REQUEST FOR APPOINTMENT OF COUNSEL

24       PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL:
25  PURSUANT TO 28 U.S.C. SEC. 1915(e)(1); PLAINTIFF MOVES FOR
26  AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE.
27  IN SUPPORT OF THIS MOTION PLAINTIFF STATES: 1) PLAIN-
28  TIFF CANNOT AFFORD TO HIRE A LAW-

(1)

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

1. I DECLARE UNDER PENALTY OF PERJURY THAT THE
2. FOREGOING IS TRUE AND CORRECT. I MICHAEL MADSEN
3. MAILED TO SEVERAL LAW FIRMS, LETTERS WITH INTENT
4. TO POSSIBLY REPRESENT ME IN THE CIVIL CAUSE THAT
5. IS BEFORE THIS HONORABLE COURT. THESE FIRMS ARE AS
6. FOLLOWS; HANCOCK, ROTHERT, 'BUNSHOFT LLP
7.     FOUR EMBARCADERO CENTER #300
8.     SAN FRANCISCO, CALIFORNIA 94111
       C/O JOAN D. AMBROSIO, ATTORNEY
9.
10.    HANSEN, BRIDGETT, MARCUS, VLAHOS, 'RUDY LLP
11.    333 MARKET STREET #2100
       SAN FRANCISCO, CALIFORNIA 94105
12.    C/O PAUL A. GORDON, ATTORNEY
13.
14.    HELLER EHRMAN, LLP
       333 BUSH STREET
15.    SAN FRANCISCO, CALIFORNIA 94104-2878
16.    C/O KIT A. PIERSON, ATTORNEY
17.    SEDGWICK, DETERT, MORAN, 'ARNOLD LLP
18.    ONE MARKET PLAZA, STEWART TOWER 8th FLOOR
       SAN FRANCISCO, CALIFORNIA 94105
19.    C/O DAVID M. HUMISTON, ATTORNEY
20.
21.    LAUGHLIN, FALBO, LEVY, 'MORESI LLP
22.    39 DRUMM STREET
       SAN FRANCISCO, CALIFORNIA 94111
23.    C/O GARY P. KAPLAN, ATTORNEY (PRIVATE CLIANT)
       AND SARAH A. GOOD, ATTORNEY (LITIGATION)
24.
25. DATE _____ 2008           _____
26.                                MICHAEL MADSEN D-15433
27.                                PRO SE PLAINTIFF
28.
                    (1)(A)

MARC E GROSSMAN, ATTORNEY
C/O E.L. HALES
7375 DAY CREEK BLVD, SUITE 103-261
RANCHO CUCAMONGA, CALIFORNIA 91739


MILLER PARALEGAL
P.O. BOX 687
WALNUT, CALIFORNIA 91788


DATE _____ 2008

(2)(B)

MICHAEL MADSEN
D-15433 IN PRO SE
PLAINTIFF

# CDC-119

## SPECIAL PURPOSE LETTERS

| MADSEN | D15433 | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|
| | | FRESNO USDC 1130 O ST FRESNO, CA 93721 | STAMPS | 6/6/2007 | |
| | | SAN FRAN USDC NORTHERN DIST. 450 GOLDEN GATE AVE. 94102 | STAMPS | 6/22/2007 | |
| | | SAN JOSE SUP CRT 191 N. FIRST STR, SAN JOSE CA | STAMPS | 7/3/2007 | |
| | | SAN FRAN USDC 450 GOLDEN GATE AE SF, CA 94102 | NO POST NEC | 7/12/2007 | |
| | | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 | METERED | 7/18/2007 | |
| | | SAN FRAN USDC NORTHERN DIST. 450 GOLDEN GATE AVE. 94102 | IND | 7/23/2007 | |
| | | FSC FRESNO SUP CRT 1100 VAN NESS 93724 | IND | 10/15/2007 | |
| | | INTERNAL AFFAIRS POB 30098 SAC, CA 95812 | IND | 10/29/2007 | |
| | | SAC INSPECTOR GENERAL POB 348780 SAC, CA 95834 | IND | 10/29/2007 | |
| | | DEPT OF CORR. POB 942883 SAC CA 94283-0001X2 | IND | 11/7/2007 | |
| | | SAN FRAN USDC NORTHERN DIST. 450 GOLDEN GATE AVE. 94102 | IND | 11/19/2007 | |
| | | SAN FRAN USDC NORTHERN DIST. 450 GOLDEN GATE AVE. 94102 | IND | 12/3/2007 | |
| | | SEDGWICK, DETERT, MORAN & ARNOLD ONE MARKET PLAZA 8TH FL SF, CA 94105 | STAMP | 12/11/2007 | |

Thursday, December 27, 2007                                    Page 1 of 2

| MADSEN | D15433 | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|
| | | FSC FRESNO SUP CRT 1100 VAN NESS 93724 | IND | 12/18/2007 | |

# PLEASANT VALLEY STATE PRISON
## CONFIDENTIAL/LEGAL MAIL LOG
### INCOMING HISTORY

| D15433 | MADSEN | HSNG | SENDER | DATE | C/O SIGN | I/M SIGN |
|---|---|---|---|---|---|---|
| | | A5-129L | FRESNO USDC 2500 TULARE ST. FRESNO, CA 93721 | 6/15/2007 | | |
| | | A5-129L | FRESNO USDC EASTERN DISTRICT OF CA FRESNO, CA 93721 | 6/15/2007 | | |
| | | A5 129L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 6/25/2007 | | |
| | | A5 129L | SAN FRAN USDC NORTHERN DISTRICT 450 GOLDEN GATE AVE. SF, CA 94102 | 6/29/2007 | | |
| | | A5 129L | SAN FRAN USDC NORTHERN DISTRICT 450 GOLDEN GATE AVE. SF, CA 94102 | 7/3/2007 | | |
| | | A5 129L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 7/3/2007 | | |
| | | A5 129L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 7/16/2007 | | |
| | | A5 129L | SAN JOSE SUP CRT 191 N FIRST ST SAN JOSE CA 95113 | 7/16/2007 | | |
| | | A5 129L | ROSEN, BIEN & GALVAN 315 MONTGOMERY ST., SF CA 94104 | 7/23/2007 | | |
| | | D4 229L | SAN JOSE SUP CRT 191 N FIRST ST SAN JOSE CA 95113 | 10/2/2007 | | |
| | | D4 112L | SAN FRAN USDC NORTHERN DISTRICT 450 GOLDEN GATE AVE. SF, CA 94102 | 10/30/2007 | | |
| | | D4 112 | CHIEF INMATE APPEALS POB 942883, SAC CA 94283 | 11/27/2007 | | |

PRINT NAME OF STAFF ISSUING MAIL _____

| D15433 | MADSEN | HSNG | SENDER | DATE | C/O SIGN | I/M SIGN |
|---|---|---|---|---|---|---|
| | | D4 112L | INSPECTOR GEN POB 348780 SAC CA 95834 | 11/30/2007 | | |
| | | D4 112L | SAN FRAN USDC NORTHERN DISTRICT 450 GOLDEN GATE AVE. SF, CA 94102 | 12/4/2007 | | |
| | | D4 112L | SAN FRAN USDC NORTHERN DISTRICT 450 GOLDEN GATE AVE. SF, CA 94102 2ND ATTEMPT | 12/5/2007 | | |
| | | D4 112 | RTN FROM MAILROOM CO SIG. REQUIRED(atty) | 12/10/2007 | | |
| | | D4 112L | RTN FROM MAILROOM NOT CONSIDERED LEGAL/CONFIDENTIAL(PARALEGAL) | 12/19/2007 | | |
| | | D4 112 | RTN FROM MAILROOM INCORRECT ADDRESS(ATTY | 12/20/2007 | | |
| | | D4 112L | SAN FRAN USDC NORTHERN DISTRICT 450 GOLDEN GATE AVE. SF, CA 94102 | 12/21/2007 | | |
| | | D4 112L | RTN FROM POST OFFICE NOT DELIVERABLE AS ADDRESSED(ATTY) | 12/26/2007 | | |

*PRINT NAME OF STAFF ISSUING MAIL* _____

## PROOF OF SERVICE

1. I AM A RESIDENT IN THE COUNTY OF <u>FRESNO</u>, CALIFORNIA

2. I AM OVER THE AGE OF 18 YEARS OLD AND THE PLAINTIFF, (PARTY) TO THE CIVIL CAUSE OF ACTION WITHIN. MY ADDRESS IS <u>P.O. BOX 8504</u>, IN <u>COALINGA</u>, CALIFORNIA 93210-8504

ON <u>3-26</u> 2008, I SERVED THE UNITED STATES DISTRICT COURT, IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, TO THE HONORABLE JEFFREY S. WHITE. CAUSE OF ACTION U.S.C. 42:1983 PRISONERS CIVIL RIGHTS:

### EXPARTE MOTION REQUEST FOR APPOINTMENT OF COUNSEL

NORTHERN DISTRICT OF CALIFORNIA, UNITED STATES COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

A TRUE COPY THEREOF IN A SEALED ENVELOPE ADDRESSED ABOVE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, EXECUTED AT;

<u>P.V.S.P COALINGA</u>, CALIFORNIA ON <u>3-26</u> 2008

<u>MICHAEL MADSEN</u>                   /s/ Michael Madsen
                                      IN PRO SE PLAINTIFF

(1)