Re: Michael Madsen D-15433, Case No. CV07-03161JSW
Pleasant Valley State
P.O. Box 8504 - D-4-112
Coalinga, California
93210-0-8504

RECEIVED
APR 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 31, 08

The Honorable Court Clerk,

My name is Robert Twilligear, and it has been I, who has written all of Mr. M. Madsens legal briefs.

And, it is I, and I alone who has to apologize, if for any reason any rules of this court have been violated.

I am very, very limited in the knowledge of law, and by whatever means allowed, I've done the best to study, research under the conditions, and opportunities allowed.

Mr. Madsen, and myself will not be together much longer. We are both in administrative segregation, and being shipped to prisons unknown. When your office wrote a letter, informing it would be best Mr. Madsen request an appointment of counsel, one's been filed. We've done all things possible to procure pro bono counsel, without causing hardship to this honorable court. I.E.; Wrote Lawyers, Law firms, Lawyer Referral Services. Ect. Ect.. Mr. Madsen did all he could to keep his serious medical problems in house.. To no avail! He's met exhaustion rules, per the Inmate Appeal Process.. Citeing a small window, "A Prisoners Administrative Appeal has been exhausted if it has been granted at any of the lower levels." The Prisoner is not obligated to continue and pursue the appeal in order to exhaust administrative remedies, (see, Porter V. Nussle (2002) 534 U.S. 516; Brady V. Attygala (9th Cir. 2002), 196 F. Supp. 2d. 1016; and important in this case, "A

general grievance complaining about inadequate medical care may satisfy the exhaustion requirement regarding several specific aspects of medical care, if the grievance sufficiently put prison officials on notice of the complaint." Gomez V Winslow (N.D. Cal. 2001) 177 F.Supp. 2d. 977, 981-982.

Madam/Sir, This has not gotten any better for Mr. Madsen, so he has to have this court intervene on his behalf. Causation, Failures, and Deliberate Indifference, as well as Constitutional Violations have been met, without prejudice.

With this letter, I have had Mr. Madsen mail, all the Defendants Copys to your office, for the United States Marshal to deliver. Per my belief that its correct as Mr. M. Madsen was granted Pro Per, and In Forma Pauperis to do it this way.

I'm enclosing with the appropriate Defendant, whats been policy per the Dept. of Correc. and Rehabs, Operations Manual, (D.O.M) the rules who are in charge to get the records, manuals, and cited instructions on medical conditions.

I apologize for the Summons and Complaint, plus the other two requests, being sent intermittenly. I hope and pray Mr. Madsen gets the relief needed, and is assigned counsel.

Thank You, very much for your time and understanding in reading this letter.

Sincerly,

Robert Twilligear D-24344

P.S. I know you are not allowed to give legal advice. I hope this letter has given you an overview of what I've done, and what hopefully will take place for Mr. Madsen.

I wrote a letter to your office on March 18th, 08, requesting a copy of the "Handbook for Litigants without a Lawyer." I really do need the assistance of that resource if at all possible. I have as well, issues being exhausted, medically not being addressed. I have kidney tumors, chronic prostitites, and testicular tumors. It is insane I am in prison for 91 yrs. to life, under the 3 strikes law for a non-violent crime. And, the 2 priors I suffered to make me elegable, were non-violent as well. A burg. in 1971 and one in 1989, I was addicted to drugs. I'm married, have been for 38 yrs. have 3 daughters, 3 granddaughters. I'm pursueing that case as well. Thank You..