MICHAEL MADSEN D-15433
KERN VALLEY STATE PRISON
P.O. BOX~ 5103
DELANO. CA. 93216

PLAINTIFF (IN PRO SE)

**FILED**

APR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CV07-03161
J.S.W

CHANGE OF ADDRESS

## CHANGE OF ADDRESS

YOUR HONOR AND THE COURT I RESPECTFULLY SUBMIT THIS PAPER NOTIFYING YOU OF MY RECENT MOVE TO THE ADDRESS ABOVE AND "THANK YOU" FOR THE PROMPT RESPONSE IN SENDING MY PACKET BACK LETTING ME KNOW IT HAS BEEN FILED

RESPECTFULLY SUBMITTED
Michael Madsen
D-15433
(K.V.S.P)
4-12-08

IN PRO SE PLAINTIFF

