MICHAEL MADSEN D-15433
KERN VALLEY STATE PRISON
P.O. BOX- 5103
DELANO, CA. 93216

PLAINTIFF ( IN PRO SE)

**FILED**

APR 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CV07-03161 J.S.W.
RE-SUBMIT EX PARTE
MOTION REQUEST FOR
APPOINTMENT OF COUNSEL

<u>RE-SUBMIT EX PARTE MOTION REQUEST FOR APPOINTMENT COUNSEL</u>

YOUR HONOR AND THE COURT. IN LOOKING THROUGH MY PACKET I DISCOVERD THREE SEPERATE PARTS WHERE I FORGOT TO SIGN AND DATE. SO I WOULD REQUEST THAT I RE-SUBMIT THE PARTS NOW SIGNED AND DATED AS PART OF MY ORIGINAL COMPLAINT. THANK YOU FOR YOUR TIME AND PATIENCE

RESPECTFULLY SUBMITTED

Michael Madsen
D-15433
(K.V.S.P) 4-12-08

<u>IN PRO SE PLAINTIFF</u>