IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL MADSEN,<br><br>Plaintiff,<br><br>v.<br><br>M.T.A. POWERS and DR. CHARLES LEE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 07-3161 JSW (PR)<br><br>**ORDER OF SERVICE OF AMENDED COMPLAINT *NUNC PRO TUNC*** |

Paragraph one of the conclusion of this Court's September 26, 2008 order serving the amended complaint (docket no. 20) is hereby amended *nunc pro tunc* to provide: Plaintiff states a cognizable claim of deliberate indifference against Defendants M.T.A. Powers and Lee.

IT IS SO ORDERED.

DATED: November 6, 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MADSEN,

Plaintiff,

v.

POWERS et al,

Defendant.

_______________________________/

Case Number: CV07-03161 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Madsen
D15433
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

Dated: November 6, 2008

Jennifer Ottolini
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk