IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL MADSEN, | ) | No. C 07-3161 JSW (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING EXTENSION OF TIME** |
| v. | ) | |
| | ) | (Docket No. 46) |
| M.T.A. POWERS and DR. CHARLES LEE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Plaintiff requests a further extension of time to respond to Defendant's motion which was filed on May 11, 2009. Plaintiff's motion is GRANTED (docket no. 46) and Plaintiff shall have until thirty days from the date of this order to file an opposition. Given the length of time this motion has been pending and that Plaintiff has already had one previous extension granted, no further motions seeking an extensions will be granted except upon a showing of exceptional circumstances.

    IT IS SO ORDERED.

DATED: January 22, 2010

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADSEN,<br><br>        Plaintiff,<br><br>  v.<br><br>POWERS et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-03161 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Madsen
D15433
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

Dated: January 22, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk